petitioner's employees. National Labor Relations Board has requested the enforcement of its order. The decision and order of the Board are reported in 157 N.L.R.B. 366.[1] The findings of the Board are supported by substantial evidence on the record as a whole and this being so, it follows that the order of the Board should and will be enforced.

BURNUP & SIMS, INC., Petitioner,

v.

NATIONAL LABOR RELATIONS BOARD, Respondent.

No. 23749.

United States Court of Appeals
Fifth Circuit.

Nov. 2, 1967.

Robert J. Berghel, Atlanta, Ga., Fisher & Phillips, Atlanta, Ga., for petitioner.

Marcel Mallet-Prevost, Asst. Gen. Counsel, Paul J. Spielberg, Atty., NLRB, Washington, D. C., Arnold Ordman, Gen. Counsel, Dominick L. Manoli, Associate Gen. Counsel, for respondent.

Before JONES and GODBOLD, Circuit Judges, and SCOTT, District Judge.

PER CURIAM:

The petitioner, Burnup & Sims, Inc., has asked this Court to vacate and set aside an order of the National Labor Relations Board fixing the method of computation of back pay due to one of the

R. C. DANIELS, Jr., Appellant,

v.

R. B. VAUGHN, Appellee.

No. 24001.

United States Court of Appeals
Fifth Circuit.

Nov. 2, 1967.

T. H. Smith, Jr., Wiggins, Miss., for appellant.

Ray M. Stewart, R. I. Prichard, III, Picayune, Miss., for appellee.

Before JONES and GODBOLD, Circuit Judges, and SCOTT, District Judge.

PER CURIAM:

In the district court the litigation from which this appeal arises was tried to the court without a jury. The issues were primarily questions of fact and the court's decision involved determination of questions of credibility. The district judge was of the opinion that the plaintiff, who is the appellant here, had not made out a case. This Court is of the same opinion. The judgment of the district court is

Affirmed.

1. See N. L. R. B. v. Burnup & Sims, Inc., 5th Cir. 1963, 322 F.2d 57; N. L. R. B. v. Burnup & Sims, Inc., 379 U.S. 21, 85 S.Ct. 171, 13 L.Ed.2d 1.